NOTE. *Town of Elgin* v. *Winona & St. Peter Railroad Company.*

April 28, 1887.

*By the Court.* This case was argued and submitted with the case of *Town of Plainview* v. *Same Defendant, ante,* p. 505, and involves the same questions.

Order affirmed.